# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN MEDINA, an individual and successor-in-interest of MATTHEW MARTINEZ, deceased; ALBERT MARTINEZ, an individual;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; DEPUTY HERNANDEZ, an individual; NURSE ISAAC, an individual; NURSE MACABUHAY, an individual; NURSE UY, an individual; NURSE HALANES, an individual; BLITHE TOLENTINO, an individual; ALEX VILLANUEVA, an individual; PAUL GLINIECKI, an individual; and, DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-03808-GW-E<br><br>[DISCOVERY MATTER]<br><br>[~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' STIPULATED PROTECTIVE ORDER in Case No. 2:19-cv-03808-GW-E is GRANTED according to the terms set forth therein.

DATED: 9/18/19

Charles F. Eick
**United States Magistrate Judge**

- 1 -