**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN MEDINA, an individual and successor-in-interest of MATTHEW MARTINEZ, deceased; ALBERT MARTINEZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | CASE NO. CV 19-3808-GW-Ex<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:    March 22, 2019<br>Trial Date:       N/A<br><br>**OSC re: Settlement Hearing:**<br>**Date:**           **June 27, 2022**<br>**Time:**           **8:30 a.m.**<br>**Location:**     **Via Zoom** |

Based upon the Parties' Joint Stipulation of Dismissal, this matter is hereby dismissed with prejudice as to all claims against all Defendants, pursuant to F.R.C.P. Rule 41(a)(1). Each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: May 26, 2022

*/s/ George H. Wu*
_____
HON. GEORGE H. WU
U.S. District Judge